# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INES MOTA; AN INDIVIDUAL,** | **Case No.: 1:14-CV-01398-SMS** |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| **MERCED FACULTY ASSOCIATES MEDICAL GROUP, INCORPORATED, A CORPORATION; AND DOES 1-100, INCLUSIVE,** | |
| Defendants. | |

Having read the Stipulation of the parties filed on December 2, 2014 (Document 7), and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __December 3, 2014__          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

_____
[Proposed] Order Dismissing Action With Prejudice
Mota v. Merced Faculty Associates, Inc.., Case No. 1:14-CV-01398-SMS
Page 1 of 1